IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WELLS FARGO BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR OPTION ONE MORTGAGE LOAN TRUST 2007-1, ASSET BACKED CERTIFICATES, SERIES 2007-1<br><br>Plaintiff,<br><br>-v.-<br><br>CHAD RANKIN, et al<br><br>Defendant | 1 : 13 CV 6166<br><br>JUDGE James Zagel |

<u>ORDER APPROVING REPORT OF SALE AND DISTRIBUTION, CONFIRMING SALE AND ORDER OF POSSESSION</u>

This cause comes to be heard on Plaintiff's motion for the entry of an Order Approving the Report of Sale and Distribution, confirming the sale of the premises, which are the subject of the matter captioned above and described as:

CERTAIN LOTS IN WASHINGTON SQUARE UNIT 1, BEING A PART OF THE SOUTHEAST 1/4 OF SECTION 6, TOWNSHIP 37 NORTH, RANGE 9 EAST OF THE THIRD PRINCIPAL MERIDIAN, ACCORDING TO THE PLAT THEREOF RECORDED SEPTEMBER 13, 2001 AS DOCUMENT NUMBER R2001-122013; AND CERTAIN LOTS IN WASHINGTON SQUARE UNIT 2, BEING A PART OF THE SOUTHEAST 1/4 OF SECTION 6, TOWNSHIP 37 NORTH, RANGE 9 EAST OF THE THIRD PRINCIPAL MERIDIAN, ACCORDING TO THE PLAT THEREOF RECORDED SEPTEMBER 13, 2001 AS DOCUMENT NUMBER R2001-122014, WHICH SURVEY IS ATTACHED AS EXHIBIT "A" TO THE DECLARATION OF CONDOMINIUM RECORDED AS DOCUMENT NUMBER R2002-63929, AND AS AMENDED, TOGETHER WITH ITS UNDIVIDED PERCENTAGE INTEREST IN THE COMMON ELEMENTS, IN WILL COUNTY, ILLINOIS

Commonly known as 2570 HILLSBORO BLVD, Aurora, IL 60503

Property Index No. 07-01-06-410-046-1004.

Due notice of said motion having been given, the Court having examined said report and being fully advised in the premises, FINDS:

That all notices required by 735 ILCS 5/15-1507(c) were given;

That said sale was fairly and properly made;

That the Judicial Sales Corporation, hereinafter "Special Commissioner," has in every respect proceeded in accordance with the terms of this Court's Judgment; and

That justice was done.

IT IS THEREFORE ORDERED:

That the sale of the premises involved herein and the Report of Sale and Distribution filed by the Special Commissioner are hereby approved, ratified, and confirmed;

Order Approving Report of Sale

That the proceeds of the sale be distributed in accordance with the Report of Sale and Distribution;

That the Mortgagee's fees and costs arising between the entry of the Judgment of Foreclosure and Sale and the date of sale are approved;

That there shall be an IN REM deficiency judgment entered in the sum of $93,009.30 with interest thereon as by statute provided, against the subject property

That The Special Right to Redeem, if applicable, pursuant to 735 ILCS 5/15-1604, shall expire 30 days after entry of this Order; and

735 ILCS 5/9-117 is not applicable to this order entered pursuant to Article 15 (IMFL).

That upon request by the successful bidder and provided that all required payments have been made pursuant to 735 ILCS 5/15-1509, the Special Commissioner shall execute and deliver to the successful bidder or assignee a deed sufficient to convey title.

Municipality or County may contact the below with concerns about the real property:

| | |
|---|---|
| Grantee or Mortgagee: | OCWEN LOAN SERVICING LLC |
| Contact: | LAURI BAYONA |
| Address: | 1525 S. BELT LINE ROAD |
| | Coppell, TX 75019 |
| Telephone Number: | (561) 682-7000 |

IT IS FURTHER ORDERED:

That the successful bidder is entitled to and shall have possession of the premises as of a date 30 days ( ) after entry of this Order, without further Order of Court, as provided in 735 ILCS 5/15 – 1701;

That the Sheriff of Will County is directed to evict and dispossess CHAD RANKIN, TIMITHEA RANKIN from the premises commonly known as 2570 HILLSBORO BLVD, Aurora, IL, 60503

IT IS FURTHER ORDERED that the Deed to be issued hereunder is a transaction that is exempt from all transfer taxes, either state or local, and the County Recorder of Deeds is ordered to permit immediate recordation of the Deed issued hereunder without affixing any transfer stamps.

Date: June 2 2015    ENTER: _____
                                    Judge

POTESTIVO & ASSOCIATES, P.C.
223 WEST JACKSON BLVD, STE 610
Chicago, IL 60606
(312) 263-0003
Attorney File No. c13-92050
Case Number: 1 : 13 CV 6166
TJSC#: 35-1969